JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3813
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendant SAND CANYON CORPORATION f/k/a
OPTION ONE MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. BROWN and VALERIE BROWN,<br><br>   Plaintiffs,<br><br>   v.<br><br>OPTION ONE MORTGAGE CORPORATION; AMERICAN HOME MORTGAGE SERVICING, INC.; DEFAULT RESOLUTION NETWORK; SANDHILL FINANCIAL, and DOES 1-100,<br><br>   Defendants. | CASE NO.   CV-09-5705 MHP<br><br>**STIPULATION TO CONTINUE ADR/MEDIATION DEADLINE UNTIL AFTER RULING ON MOTIONS TO DISMISS**<br><br>Dept:   Courtroom 15, 18th Floor<br>Judge:   Honorable Marilyn Hall Patel |

IT IS HEREBY STIPULATED AND AGREED by plaintiffs Matthew C. Brown and Valerie Brown ("Plaintiffs"), by and through their attorney Michael Patrick Rooney, defendant Sand Canyon Corporation f/k/a Option One Mortgage Corporation ("Option One"), by and through its attorneys, Jeffer, Mangels, Butler & Marmaro, defendant American Home Mortgage Servicing, Inc. ("AHMSI"), by and through its attorneys Severson & Werson, and defendant CMG Mortgage Services, Inc. dba Sandhill Financial, by and through its attorneys Medlin & Hargrave, as follows:

1. On May 11, 2010, by and through their counsel, the parties participated in an ADR conference call, which Robin W. Siefkin, ADR Program Staff Attorney, initiated.

2. As a result of the ADR conference call, and based on the parties' understanding that Judge Patel had ordered all mediation dates vacated until the case was at issue, and based on defendants' intention to move to dismiss the First Amended Complaint pursuant to F.R.Civ.P. 12(b)(6), the parties have agreed that in the interests of judicial economy and conservation of the Court's and the parties' time and resources, there is good cause to continue the ADR/mediation deadline until 60 days after the Court rules on defendant's motions to dismiss the First Amended Complaint, noticed for hearing on June 28, 2010.

IT IS SO STIPULATED.

DATED: May 13, 2010         JEFFER, MANGELS, BUTLER & MARMARO LLP
                            MICHAEL J. HASSEN
                            CHRISTOPHER H. DOYLE


                            By: /s/ Christopher H. Doyle
                                CHRISTOPHER H. DOYLE
                            Attorneys for Defendant Sand Canyon Corporation
                            f/k/a Option One Mortgage Corporation

DATED: May 13, 2010         SEVERSON & WERSON


                            By: /s/ Philip Barilovits
                                PHILIP BARILOVITS
                            Attorneys for Defendant American Home Mortgage
                            Servicing, Inc.

| | | |
|---|---|---|
| 1 | DATED: May 13, 2010 | MEDLIN & HARGRAVE |
| 2 | | |
| 3 | | By: /s/ Joshua Rosenthal<br>     JOSHUA ROSENTHAL<br>Attorneys for Defendant CMG Mortgage Services, Inc. dba Sandhill Financial |
| 4 | | |
| 5 | | |
| 6 | DATED: May 13, 2010 | MICHAEL ROONEY LAW OFFICE |
| 7 | | |
| 8 | | By: /s/ Michael Patrick Rooney<br>     MICHAEL PATRICK ROONEY<br>Attorneys for Plaintiffs Matthew C. Brown and Valerie Brown |
| 9 | | |

999994v1

- 3 -   **STIPULATION TO CONTINUE ADR/MEDIATION DEADLINE CV-09-5705 MHP**

1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3813
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendant SAND CANYON CORPORATION f/k/a
   OPTION ONE MORTGAGE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. BROWN and VALERIE BROWN,<br><br>            Plaintiffs,<br><br>       v.<br><br>OPTION ONE MORTGAGE CORPORATION; AMERICAN HOME MORTGAGE SERVICING, INC.; DEFAULT RESOLUTION NETWORK; SANDHILL FINANCIAL, and DOES 1-100,<br><br>            Defendants. | CASE NO.   CV-09-5705 MHP<br><br>**[Proposed] Order Continuing ADR/Mediation Deadline Until After The Court Rules On Defendants' Motions To Dismiss**<br><br>Dept:    Courtroom 15, 18th Floor<br>Judge:   Honorable Marilyn Hall Patel |

THE COURT having reviewed the parties' Stipulation to continue the ADR/mediation deadline until 60 days after the Court rules on defendants' motions to dismiss, therefore, PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  5/14/2010  _____
                   HONORABLE MARILYN HALL PATEL
                   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Order Continuing ADR/Mediation Deadline, CV-09-5705 MHP

1000005v1

PRINTED ON
RECYCLED PAPER