UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. BROWN and VALERIE BROWN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OPTION ONE MORTGAGE CORPORATION; AMERICAN HOME MORTGAGE SERVICING, INC.; DEFAULT RESOLUTION NETWORK; SANDHILL FINANCIAL, and DOES 1-100,<br><br>　　　　　Defendants.<br>_____/ | No. C 09-5705 MHP<br><br>**ORDER AND JUDGMENT** |

　　The complaint in this action having been dismissed with leave to amend and, pursuant to that order an amended complaint having been filed, and the court having dismissed the amended complaint in its entirety without leave to amend, dismissal without prejudice is inappropriate, since by dismissing without leave to amend this court implicitly found that no amendments could cure the deficient complaint, now therefore,

　　IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.

Dated: 9/30/10

　　　　　　　　　　　　　　　　　　　　　　　MARILYN HALL PATEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　　　Northern District of California